UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BASIL YOUNG | : |
| Plaintiff, | : CIVIL ACTION NO. |
| | : 303CV0216(MRK) |
| v. | : |
| COOPER SURGICAL, INC. | : |
| Defendant. | : DECEMBER 26, 2003 |

## DEFENDANT'S MOTION ON CONSENT TO EXTEND PRETRIAL DEADLINES

Pursuant to Local Rule 7(b), the defendant, CooperSurgical Inc., ("defendant"), respectfully requests a thirty (30) day extension of all remaining pre-trial deadlines. Specifically, defendant requests: (1) a 30 day extension of time to complete discovery, to and including February 2, 2004; (2) a 30 day extension of time for defendant to designate its expert witness(es), to and including January 4, 2004; (3) a 30 day extension of time to file dispositive motions, to and including March 2, 2004; and (4) a 30 day extension of time to file the joint trial memorandum, to and including April 6, 2004 or forty-five (45) days after the date of the court's decision on the dispositive motions, whichever is later.

In support of its motion, the undersigned counsel for defendant represents as follows:

1. This extension of time is necessary because the plaintiff's deposition has not been completed in this matter, due to scheduling conflicts.

2. After the completion of the plaintiff's deposition (which defense counsel anticipates will be in early January), defendant needs time to conduct any necessary follow up discovery, including potentially a second set of discovery, or the taking of additional depositions.

3. In the absence of the requested extension, the deadline for defendant to complete discovery would be January 2, 2004.

4. Plaintiff's counsel has been contacted and he consents to this motion.

5. This is the defendant's third request for an extension of the pre-trial deadlines.

WHEREFORE, defendant respectfully requests that its Motion on Consent to Extend Pre-trial Deadlines be granted.

THE DEFENDANT,
COOPERSURGICAL INC.

By: *Debbie Cannavino*
Deborah DeHart Cannavino (CT 08144)
TYLER COOPER & ALCORN, LLP
One Landmark Square
Stamford, CT 06901-2501
Telephone: (203)348-5555
Fax: (203) 348-3875
Cannavino@TylerCooper.com

3

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to all counsel and pro-se parties of record this 26th December, 2003:

Thomas W. Bucci
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604

*Debbie Conna*
Deborah DeHart Cannavino