UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BASIL YOUNG | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:03CV0216(MRK) |
| v. | : | |
| | : | |
| COOPER SURGICAL, INC. | : | |
| | : | |
| Defendant. | : | |

## ORDER

Defendant's Motion On Consent To Extend Pretrial Deadlines [doc. #16], dated January 27, 2004, is hereby GRANTED and the following modified schedule will govern the remaining pretrial proceedings in this case:

1. **Discovery:** Plaintiff will respond to outstanding discovery by **February 13, 2004**. All discovery, including all discovery relating to expert witnesses, will be completed (not just propounded) by **March 2, 2004**:

   **NOTE: All discovery issues should be resolved in good faith by counsel in accordance with their obligations to the Court under the Federal Rules of Civil Procedure and the District's Local Rules. Before filing any motion relating to discovery, the parties are required to jointly confer with the Court by telephone, 203-773-2022.**

2. **Dispositive Motions:** Dispositive motions, if any, including all motions to exclude testimony of experts pursuant to Fed. R. Evid. 702-05 and the *Daubert v. Merrill Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993) line of cases shall be filed by **April 2, 2004**.

3. **Trial Memorandum:** If no dispositive motions are filed, the Parties' Joint Trial Memorandum is due **May 6, 2004**. If dispositive motions are filed, the Joint Trial Memorandum is due 45 days after the Court's decision on the dispositive motions.

4. **Trial Ready Date:** If no dispositive motions are filed, the case will be considered trial ready on **May 6, 2004**. If dispositive motions are filed, the case will be considered trial ready immediately after the filing of the parties' Joint Trial Memorandum.

5. **Status Conference:** A TELEPHONIC STATUS CONFERENCE WILL BE HELD ON **MARCH 30, 2004, at 1:30 p.m.** Plaintiff's counsel will initiate the conference call. The parties will file a joint status report with the Clerk's Office no later than **March 23, 2004**.

**PARTIES SHOULD NOT ANTICIPATE ANY FURTHER EXTENSIONS.**

IT IS SO ORDERED,

/s/   Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: February 5, 2004.