UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BASIL YOUNG, | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 303CV0216(MRK) |
| | : | |
| v. | : | |
| | : | |
| COOPER SURGICAL, INC., | : | |
|    Defendant. | : | MARCH 2, 2004 |

## PLAINTIFF'S MOTION FOR A CONTINUANCE

The plaintiff, Basil Young, moves for a continuance of the telephonic status conference scheduled for March 30, 2004 at 1:30 PM for the reason that his attorney, Thomas W. Bucci, will be on vacation, which is of the non-cancelable, prepaid variety, from March 26, 2004 to April 3, 2004.

The plaintiff's counsel has consulted with defendant's counsel and she does not object to the Court's granting the motion for a continuance.

The following alternative dates are dates on which both the plaintiff's counsel and the defendant's counsel are available, April 7, April 21, April 22, April 27 and April 28, 2004 at 2:00 p.m.

The plaintiff has not filed any prior motions for a continuance.

        THE PLAINTIFF – BASIL YOUNG


        BY_____
        Thomas W. Bucci, for
        WILLINGER, WILLINGER & BUCCI, P.C.
        855 Main Street
        Bridgeport, CT  06604
        Tel: (203) 366-3939
        Fax: (203) 337-4588
        Fed. Bar #ct07805
        Email: thomasbucci@earthlink.net

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing *Plaintiff's Motion for a Continuance* has been sent, by First Class Mail, postage prepaid, on this 2nd day of March, 2004, to:

Deborah Dehart Cannavino, Esquire
Tyler, Cooper & Alcorn, LLP
One Landmark Square
Stamford, CT  06901-2501

                                                _____
                                                Thomas W. Bucci