UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BASIL YOUNG | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:03CV0216(MRK) |
| v. | : | |
| | : | |
| COOPER SURGICAL, INC. | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Plaintiff's Motion For A Continuance [doc. #18], dated March 2, 2004, is hereby GRANTED. The telephonic status conference scheduled for March 30, 2004, is cancelled. A telephonic status conference shall be held on **April 7, 2004, at 2:00 p.m.** Plaintiff's counsel will initiate the conference call. **All other deadlines shall remain the same.**

IT IS SO ORDERED,


/s/      Mark R. Kravitz
              U.S.D.J.

Dated at New Haven, Connecticut: March 8, 2004.