FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mar 25  11 35 AM '0
DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| BASIL YOUNG,<br>    Plaintiff, | : | CIVIL ACTION NO.<br>303CV0216(MRK) |
| v. | : | |
| COOPER SURGICAL, INC.,<br>    Defendant. | : | MARCH 23, 2004 |

## JOINT STATUS REPORT

### A. Nature Of Case

This action seeks declaratory, injunctive and equitable relief, compensatory and punitive damages, and costs and attorney fees for the race discrimination suffered by the plaintiff when the defendant discriminated against the plaintiff in the terms and conditions of her employment climaxing in the termination of the plaintiff's employment on account of the plaintiff's race and color in violation of Title VII of the Civil Rights Act of 1964, as amended, Title 42 U.S.C. § 1981 and the Connecticut Fair Employment Practices Act. In addition, this action seeks declaratory, injunctive and equitable relief, compensatory and punitive damages, and costs and attorney fees for the unlawful employment practices inflicted on the plaintiff when the defendant retaliated against her for participating in activity protected by the provisions of Title VII of the Civil Rights Act of 1964, as amended, and the Connecticut Fair Employment Practices Act. This case is not related to any other pending action.

B. **Summary of Disputed Issues of Fact and Law**

The plaintiff, an African American, asserts that he was treated less favorably with regard to the terms and conditions of his employment than similarly situated white employees on the basis of his race in violation of Title VII of the Civil Rights Act of 1964, as amended. The plaintiff also alleges that when he complained to the defendant about its alleged discriminatory practices, the defendant, in violation of the anti-retaliation provisions of Title VII, terminated his employment in retaliation for his complaints.

The defendant denies the plaintiff's allegations. The defendant asserts that it did not discriminate against the plaintiff on account of his race, or retaliate against him for his alleged complaint of discrimination. The defendant terminated the plaintiff for legitimate non-discriminatory reasons. The plaintiff falsified the results of a quality control test, but was not fired. He was given a written warning. Thereafter, the plaintiff was terminated for insubordination and demonstrated an inability to work with the members of his department.

In response, the plaintiff claims that the defendant's reasons for terminating his employment are a pretext for unlawful discrimination.

C. **Discovery**

Discovery has been completed.

2

### D. Dispositive Motion

The plaintiff does not intend to file a dispositive motion. The defendant anticipates filing a motion for summary judgment.

### E. Additional Pleadings

There are no additional pleadings to be filed.

### F. Case Ready For Trial

This case will be ready for trial sixty days after the Court's ruling on the defendant's dispositive motion, if any. If no such motion is filed, the case should be ready for trial after May 6, 2004.

### G. Additional Preparation

Other than the preparation, when due, of a joint trial memorandum, no additional preparation is required.

### H. Court Action to Facilitate Case Progress

At the present time, the parties are not aware of any further steps the Court can take to facilitate the progress of this case.

I. **Settlement Efforts**

The parties believe a settlement conference would not be useful until a ruling on the defendant's motion for summary judgment.

THE PLAINTIFF – BASIL YOUNG

BY: _____
Thomas W. Bucci, for
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT 06604
Tel: (203) 366-3939
Fax: (203) 337-4588
Email: thomasbucci@earthlink.net
Fed. Bar #ct07805


THE DEFENDANT - COOPER SURGICAL, INC.

BY: _____
Deborah Dehart Cannavino, Esquire
TYLER, COOPER & ALCORN, LLP
One Landmark Square
Stamford, CT 06901-2501
Tel: (203) 348-5555
Fax: (203) 348-3875
Email: cannavino@tylercooper.com
Fed. Bar #ct08144

4