UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BASIL YOUNG | : |
| Plaintiff, | : CIVIL ACTION NO. |
| | : 303CV0216(MRK) |
| v. | : |
| COOPER SURGICAL, INC. | : |
| Defendant. | : MARCH 30, 2004 |

## DEFENDANT'S MOTION ON CONSENT TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7(b), the defendant, CooperSurgical Inc., ("defendant"), respectfully requests a five (5) day extension of time to file its Motion for Summary Judgment, and accompanying papers, to and including April 9, 2004.

Plaintiff's counsel has been contacted and he consents to this request. Defendant requests this very limited extension of time in order to accommodate the schedules of defense counsel and defendant's employees who are executing affidavits, and/or providing other information for the motion for summary judgment. In the absence of the extension, defendant's Motion for Summary Judgment is due on Friday, April 2, 2004. This is the defendant first request to extend this time period.

WHEREFORE, defendant respectfully requests that its Motion on Consent to Extend Time to File its Motion for Summary Judgment be granted.

>                    THE DEFENDANT,
>                    COOPERSURGICAL INC.
>
>                    By: _____
>                    Deborah DeHart Cannavino (CT 08144)
>                    TYLER COOPER & ALCORN, LLP
>                    One Landmark Square
>                    Stamford, CT 06901-2501
>                    Telephone: (203)348-5555
>                    Fax: (203) 348-3875
>                    Cannavino@TylerCooper.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to all counsel and pro-se parties of record this 30th of March, 2004:

Thomas W. Bucci
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604

*Deborah DeHart Cannavino*
Deborah DeHart Cannavino