UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BASIL YOUNG                : | |
| :                          | |
| Plaintiff,                 : | CIVIL ACTION NO. |
| :                          | 3:03CV0216(MRK) |
| v.                         : | |
| :                          | |
| COOPER SURGICAL, INC.      : | |
| :                          | |
| Defendant.                 : | |

## ORDER

_____Defendant's Motion On Consent To Extend Time To File Motion For Summary Judgment [doc. #21], dated March 30, 2004, is hereby GRANTED. Defendant shall file its Motion for Summary Judgment on or before **April 9, 2004**.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: April 1, 2004.