UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Wednesday, April 7, 2004

2:00 p.m.

CASE NO. **3:03cv216 MRK**   **Young v. Coopersurgical, Inc.**

Lori B. Alexander
Tyler, Cooper & Alcorn
205 Church St., Po Box 1936
New Haven, CT 06509-1910
203-784-8200

Thomas W. Bucci
Willinger, Willinger & Bucci
855 Main St., 5th Floor
Bridgeport, CT 06604
203-366-3939

Deborah DeHart Cannavino
Tyler, Cooper & Alcorn
Two Landmark Sq., Suite 214
Stamford, CT 06901
203-348-5555

STATUS CONFERENCE HELD

DATE: 4/7/04

20 min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK