UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BASIL YOUNG

    Plaintiff,

v.

COOPERSURGICAL INC.

    Defendant.

:
:
:
:  CIVIL ACTION NO.
:  303CV0216(MRK)
:
:
:
:  APRIL 12, 2004

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 9(d) and Rule 56 of the Federal Rules of Civil Procedure, defendant CooperSurgical, Inc. hereby moves that summary judgment be entered on all counts of the Complaint dated January 29, 2003. A Memorandum of Law in Support of Summary Judgment, Local Rule 56(a) Statement, and Affidavits with attached exhibits have been filed herewith. For the reasons set forth in the accompanying Memorandum of Law, summary judgment should be granted and judgment entered in favor of the defendant.

                                    THE DEFENDANT,
                                    COOPERSURGICAL, INC.

                          By: _____
                                Deborah DeHart Cannavino  (CT 08144)
                                Kelly P. Lutz-Mai (CT 22763)
                                TYLER COOPER & ALCORN, LLP
                                One Landmark Square
                                Stamford, CT  06901-2501
                                Telephone: (203)348-5555
                                Fax: (203) 348-3875
                                cannavino@tylercooper.com
                                mai@tylercooper.com

*ORAL ARGUMENT IS NOT REQUESTED*

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to all counsel and pro-se parties of record this 12th day of April, 2004:

Thomas W. Bucci
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604

_____
Deborah DeHart Cannavino
(CT 08144)