# EXHIBIT F

**KX INDUSTRIES, L.P.**

269 Lambert Road, Orange, Connecticut 06477 U.S.A.
Telephone: 203-799-9000   Fax: 203-799-7000

30 June 1994

Mr. Basil Young
337 Sylvan Street
Bridgeport, CT  06606

Dear Basil:

We have terminated your employment at KX Industries, L.P. effective Wednesday, 29 June 1994 for insubordination and poor work performance.  We have repeatedly tried to contact you by telephone and have left numerous messages on your home answering machine, but have not been successful in speaking to you directly to inform you of our decision.  In addition, this morning when you arrived at the KX Industries, L.P. Bridgeport facility, Dave Perry, the Bridgeport Plant Supervisor, instructed you to report immediately to the KX Industries, L.P. Orange facility, but you refused.

You are in possession of KX Industries, L.P. facility keys and front gate clicker.  We would like those items, as well as any other corporate data, files, computer tapes, computer files or computer materials, inventory, tools and/or other corporate property, returned by 10:00AM on Tuesday, 5 July 1994 to the KX Industries, L.P. Orange facility.  If you do not return those items by the time specified, we will consider it an act of theft of corporate property and will commence civil and criminal legal proceedings immediately.

Enclosed are the following items:

1. Your final paycheck which includes 2.5 days of vacation time,

2. Exhibits A and C which explain and allow you an your  family to continue medical insurance through the COBRA law,

3. Form UC61, Unemployment Notice, and

4. A copy of the KX Industries, L.P. Employment Agreement signed by you on 20 December 1993, which enjoins you from disclosing or removing from the Company's premises any confidential or proprietary information and requires you to abide by the Non-Competition clause of the Agreement.

Sincerely

Kathryn P. Rodek
Personnel
KX Industries, L.P.

encl.
cc:   E. Koslow
        D. Baumgarten
        D. Caulfield

# EMPLOYEE WARNING REPORT

Employee's Name: BASIL YOUNG

Clock No.:

Department:                                    Shift:

Today's Date: June 26, 1994   Violation Date: June 26, 1994

Violation Time: 10:30 AM   Violation Place: BRIDGEPORT

| VIOLATION: | | VIOLATION: | |
|---|---|---|---|
| Alcohol/Drug Use | X | Safety Violation | X |
| Attendance | | Substandard Work | |
| Attitude | | Tardiness | |
| Carelessness | | Work Rule Violation | |
| Conduct | | Other: | |
| Disobedience | X | | |
| Fighting | | | |

## COMPANY STATEMENT AND DETAILS

Specifically: MR YOUNG WAS TOLD THAT HE REPORTED
TO ME DIRECTLY. I THEN REQUESTED THAT
HE GIVE ME A REVIEW OF ALL HIS
RESPONSIBILITIES. HE REFUSED UNLESS
#55 WANTING TO SPEAK WITH DR KOSLOW
FIRST. I STATED HE CAN TALK TO HIM ANY
TIME BUT NOW HE SHOULD GIVE ME A
REVIEW

By: [signature]   Title: Plant MNG Tech   Date: 6/26/94

## EMPLOYEE STATEMENT

I agree with the company statement ☐
I do not agree with the company statement ☐
Specifically:

[signatures]

# EMPLOYEE WARNING REPORT

Employee's Name: BASIL Young

Clock No.: _____  Department: _____  Shift: _____

Today's Date: June 26, 1994  Violation Date: June 26, 1994

Violation Time: 10:53  Violation Place: BRIDGEPORT

| VIOLATION: | | VIOLATION: | |
|---|---|---|---|
| Alcohol/Drug Use: | X | Safety Violation | X |
| Attendance | | Substandard Work | |
| Attitude | | Tardiness | |
| Carelessness | | Work Rule Violation | |
| Conduct | | Other: | |
| Disobedience | | | |
| Fighting | X | | |

## COMPANY STATEMENT AND DETAILS

Specifically: Mr. Young Began was notified By
Myself that the works for me requested
him for myself to a review of his
responsibilities. He refused wanted to
talk with personal. He was offered a chance
to call personnel which he declined.

By: _____  Title: Mgr of Ops. Local  Date: 6/26/94

## EMPLOYEE STATEMENT

I agree with the company statement ☐
I do not agree with the company statement ☐
Specifically:

(refused to sign) 6/26/94

Employee Signature: _____  Date: _____

TOPS FORM 3839    STATEMENTS MAY BE CONTINUED ON ADDITIONAL PAGES    LITHO IN U.S.A.

# EMPLOYEE WARNING REPORT

Employee's Name: BASIL YOUNG'S

Clock No.:      Department:      Shift:

Today's Date: June 24, 1994    Violation Date: June 24, 1994

Violation Time: 10:10 AM    Violation Place: BRIDGEPORT

| VIOLATION: | | VIOLATION: | |
|---|---|---|---|
| Alcohol/Drug Use | X | Safety Violation | X |
| Attendance | | Substandard Work | |
| Attitude | X | Tardiness | |
| Carelessness | | Work Rule Violation | |
| Conduct | | Other: | |
| Disobedience | | | |
| Fighting | | | |

## COMPANY STATEMENT AND DETAILS

Specifically Asked IF he would like To
Discuss THE Issue AT HAND.
Refuses To COMMUNICATE We
me IN ANY WAY

By: _[signature]_

Title: Production Foreman    Date 6/24/94

## EMPLOYEE STATEMENT

I agree with the company statement. ☐
I do not agree with the company statement ☐
Specifically:

Employee Signature: _[signature]_    Date:

STATEMENTS MAY BE CONTINUED ON ADDITIONAL PAGES.

TOPS FORM 3839

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to all counsel and pro-se parties of record this 12th day of April, 2004:

Thomas W. Bucci
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604

_____
Deborah DeHart Cannavino

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to all counsel and pro-se parties of record this 12th day of April, 2004:

Thomas W. Bucci
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604

_____
Deborah DeHart Cannavino