UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BASIL YOUNG | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:03CV0216 (MRK) |
| v. | : | |
| | : | |
| COOPER SURGICAL, INC. | : | |
| | : | |
| Defendant. | : | |

## ORDER

      Defendant's Request To File Amended Statement Of Undisputed Facts [doc. #28], dated April 16, 2004, is hereby GRANTED. The Clerk is directed to docket Defendant's Amended Statement Of Undisputed Facts, dated April 16, 2004.

IT IS SO ORDERED,

/s/       Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: April 26, 2004.