# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BASIL YOUNG, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03CV0216(MRK) |
| | : | |
| v. | : | |
| | : | |
| COOPER SURGICAL, INC., | : | |
| Defendant. | : | April 29, 2004 |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE PAPERS IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff respectfully moves that the court extend the time for the filing of the plaintiff's papers in opposition to the defendant's motion for summary judgment through June 2, 2004. Counsel for the plaintiff represents that he has been involved in various depositions during the preceding 21 days, nine in all, not allowing him sufficient time to address the issues raised by the defendant in its motion for summary judgment. Counsel for plaintiff further represents that he has had to spend considerable preparing memorandums in two other matters within the preceding thirty days.

Wherefore, the plaintiff requests that the court extend the time within which to file his opposition to the defendants' motion for summary judgment to June 2, 2004.

The plaintiff's counsel has consulted with defendant's counsel and she does not object to the Court's granting the motion for a continuance.

The plaintiff has not filed any prior motions for an extension of time in this matter.

THE PLAINTIFF – BASIL YOUNG

BY_____
Thomas W. Bucci, for
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT  06604
Tel: (203) 366-3939
Fax: (203) 337-4588
Fed. Bar #ct07805
Email: thomasbucci@earthlink.net

## CERTIFICATION

I hereby certify that a copy of the foregoing *Plaintiff's Motion for an Extension of Time* has been sent, by First Class Mail, postage prepaid, on this 29th day of April, 2004, to:

Deborah Dehart Cannavino, Esquire
Tyler, Cooper & Alcorn, LLP
One Landmark Square
Stamford, CT  06901-2501

_____
Thomas W. Bucci