UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BASIL YOUNG | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:03CV0216 (MRK) |
| v. | : | |
| | : | |
| COOPER SURGICAL, INC. | : | |
| | : | |
| Defendant. | : | |

## ORDER

_____Plaintiff's Motion For Extension Of Time To File Papers In Opposition To Defendant's Motion For Summary Judgment [doc. #31], dated April 29, 2004, is hereby GRANTED. Plaintiff shall respond to Defendant's Motion For Summary Judgment on or before **June 2, 2004**.

IT IS SO ORDERED,

/s/     Joan G. Margolis
UNITED STATES MAGISTRATE JUDGE

Dated at New Haven, Connecticut: May 5, 2004.