# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BASIL YOUNG, | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:03CV0216(MRK) |
| | : | |
| v. | : | |
| | : | |
| COOPER SURGICAL, INC., | : | |
|    Defendant. | : | JUNE 2, 2004 |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE PAPERS IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff respectfully moves that the court extend the time for the filing of the plaintiff's papers in opposition to the defendant's motion for summary judgment through June 8, 2004. Counsel for the plaintiff represents that he has been involved in various court appearances and depositions during the preceding 14 days, not allowing him sufficient time to complete the plaintiff's opposition to the defendant in its motion for summary judgment. Counsel for plaintiff further represents that he has made substantial progress in preparing the plaintiff's response, and is in need of only limited additional time to finalize the opposition papers.

Wherefore, the plaintiff requests that the court extend the time within which to file his opposition to the defendants' motion for summary judgment to June 8, 2004.

The plaintiff's counsel has consulted with defendant's counsel and she does not object to the Court's granting the motion for a continuance.

The plaintiff has filed one prior motion for an extension of time in this matter.

                        THE PLAINTIFF – BASIL YOUNG

                        BY_____
                        Thomas W. Bucci, for
                        WILLINGER, WILLINGER & BUCCI, P.C.
                        855 Main Street
                        Bridgeport, CT  06604
                        Tel: (203) 366-3939
                        Fax: (203) 337-4588
                        Fed. Bar #ct07805
                        Email: thomasbucci@earthlink.net

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing *Plaintiff's Motion for an Extension of Time* has been sent, by First Class Mail, postage prepaid, on this 2nd day of June, 2004, to:

Deborah Dehart Cannavino, Esquire
Tyler, Cooper & Alcorn, LLP
One Landmark Square
Stamford, CT  06901-2501

Lori B. Alexander, Esquire
Tyler, Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT 06510

                                                                         _____
                                                                         Thomas W. Bucci