# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BASIL YOUNG, | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:03CV0216(MRK) |
| | : | |
| v. | : | |
| | : | |
| COOPER SURGICAL, INC., | : | |
|    Defendant. | : | JUNE _____, 2004 |

## AFFIDAVIT OF THOMAS W. BUCCI
## IN SUPPORT OF PLAINTIFF'S OPPOSITION TO
## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Thomas W. Bucci, being duly sworn, hereby depose and say:

1. I am over 18 years of age and believe in the obligation of an oath.

2. I have personal knowledge of the facts set forth in this affidavit, and the facts are true and accurate to the best of my knowledge and belief.

3. I am an attorney at Willinger, Willinger & Bucci, P.C., and I represent the plaintiff, Basil Young, in the above-referenced matter.

4. I make this Affidavit in support of the Plaintiff's opposition to the Defendant's Motion For Summary Judgment and supporting Memorandum of Law.

5. True and complete copies of the plaintiff's, Basil Young's, deposition transcript pages cited in the plaintiff's supporting memorandum of law and Local Rule 56(b)2 Statement attached hereto as Exhibit A.

6. A true and complete copy of plaintiff's October 5, 2001 Complaint filed with the State of Connecticut Commission on Human Rights and Opportunities is attached hereto as Exhibit 8.

7. A true and complete copy of the defendant's November 30, 2001, Answer to the plaintiff's Complaint filed with the State of Connecticut Commission on Human Rights and Opportunities is attached hereto as Exhibit 9.

                                                    _____
                                                    Thomas W. Bucci

STATE OF CONNECTICUT )
                              )   ss: Bridgeport, Connecticut
COUNTY OF FAIRFIELD )

     Personally appeared, Thomas W. Bucci, who swore to and subscribed the above Affidavit before me, this _____ day of June, 2004.

                                                  _____
                                                  NOTARY PUBLIC
                                                  My commission expires: