# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BASIL YOUNG, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:03CV0216(MRK) |
| | : | |
| v. | : | |
| | : | |
| COOPER SURGICAL, INC., | : | |
|     Defendant. | : | JUNE _____, 2004 |

## AFFIDAVIT OF BASIL YOUNG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Basil Young, being duly sworn, hereby depose and say:

1. I am over 18 years of age and believe in the obligation of an oath.

2. I have personal knowledge of the facts set forth in this affidavit, and the facts are true and accurate to the best of my knowledge and belief.

3. I am the plaintiff in the above-referenced matter.

4. I make this Affidavit in support of the Plaintiff's opposition to the Defendant's Motion For Summary Judgment and supporting Memorandum of Law.

5. A true and complete copy of Employee Warning Notice is attached hereto as Exhibit 1.

6. A true and complete copy of Cooper Surgical Inspection Report is attached hereto as Exhibit 2.

7. A true and complete copy of Cooper Surgical SOPs is attached hereto as Exhibit 3.

8. A true and complete copy of Cooper Surgical Engineering Blueprint Delivery Connection Tube is attached hereto as Exhibit 4.

9. A true and complete copy of Cooper Surgical Incoming Inspection Procedure Sheet is attached hereto as Exhibit 5.

10. A true and complete copy of Unemployment Notice issued to Basil Young by Cooper Surgical is attached hereto as Exhibit 6.

11. A true and complete copy of Revised Incoming Inspection Requirements prepared by plaintiff, Basil Young is attached hereto as Exhibit 7.

_____
Basil Young

STATE OF CONNECTICUT )
                     )   ss: Bridgeport, Connecticut
COUNTY OF FAIRFIELD  )

    Personally appeared, Basil Young, who swore to and subscribed the above Affidavit before me, this _____ day of June, 2004.

_____
Thomas W. Bucci
Commissioner of the Superior Court