UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BASIL YOUNG | : |
| | : |
| Plaintiff, | :   CIVIL ACTION NO. |
| | :   3:03CV0216(MRK) |
| v. | : |
| | : |
| COOPER SURGICAL, INC. | : |
| | : |
| Defendant. | : |

### **ORDER**

_____Plaintiff's Motion For Extension Of Time To File papers In Opposition To Defendant's Motion For Summary Judgment [doc. #33], dated June 2, 2004 is hereby GRANTED *nunc pro tunc*.

Plaintiff shall respond to Defendant's Motion for Summary Judgment on or before **June 8, 2004**.

IT IS SO ORDERED.

/s/       Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: June 14, 2004.