UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BASIL YOUNG | : |
| Plaintiff, | : CIVIL ACTION NO. |
| v. | : 303CV0216(MRK) |
| COOPER SURGICAL, INC. | : |
| Defendant. | : JUNE 15, 2004 |

### DEFENDANT'S MOTION ON CONSENT TO EXTEND TIME TO FILE A REPLY BRIEF

Pursuant to Local Rule 7(b), the defendant, CooperSurgical Inc., ("defendant"), respectfully requests a six (6) business day extension of time to file its Reply to the Plaintiff's Opposition to Defendant's Motion for Summary Judgment, to and including June 28, 2004.

Plaintiff's counsel has been contacted and he consents to this request. Defendant requests this limited extension of time in order to accommodate the schedule of defense counsel and to allow sufficient time to review and consider the substantial issues raised by plaintiff's Opposition, as well as the Plaintiff's Motion to Strike Portions of the Affidavits, filed in support of the Motion for Summary Judgment dated June 7, 2004. Defendant's response to the plaintiff's Motion to Strike is Monday June 28, 2004. In the absence of the extension, defendant's Reply Brief is due on Friday, June 11, 2004. This is the defendant's first request to extend this time period.

WHEREFORE, defendant respectfully requests that its Motion on Consent to Extend Time to File its Reply Brief be granted.

        THE DEFENDANT,
        COOPERSURGICAL INC.

        By: _____
        Deborah DeHart Cannavino  (CT 08144)
        TYLER COOPER & ALCORN, LLP
        One Landmark Square
        Stamford, CT  06901-2501
        Telephone: (203)348-5555
        Fax: (203) 348-3875
        Cannavino@TylerCooper.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to all counsel and pro-se parties of record this 15th of June, 2004:

Thomas W. Bucci
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604

_____
Deborah DeHart Cannavino