UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BASIL YOUNG | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:03CV0216(MRK) |
| v. | : | |
| | : | |
| COOPER SURGICAL, INC. | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

      Defendant's Motion On Consent To Extend Time To File A Reply Brief [doc. # 38], dated June 15, 2004 is hereby GRANTED. Defendant shall file its Reply Brief on or before **June 28, 2004**.

IT IS SO ORDERED.

/s/        Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: June 22, 2004.