UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

======================================

| | |
|---|---|
| BASIL YOUNG | : |
| Plaintiff, | : CIVIL ACTION NO. |
| | : 303CV0216(MRK) |
| v. | : |
| COOPER SURGICAL, INC. | : |
| Defendant. | : JUNE 28, 2004 |

======================================

## DEFENDANT'S MOTION ON CONSENT TO EXTEND
## TIME TO FILE A REPLY BRIEF

Pursuant to Local Rule 7(b), the defendant, CooperSurgical Inc., ("defendant"), respectfully requests a four (4) day extension of time to file its Reply to the Plaintiff's Opposition to Defendant's Motion for Summary Judgment, to and including July 2, 2004.

Plaintiff's counsel has been contacted and he consents to this request. Defendant requests this limited extension of time in order to accommodate the schedule of defense counsel and to allow sufficient time to review and consider the substantial issues raised by plaintiff's Opposition. In the absence of the extension, defendant's Reply Brief is due on June 28, 2004. This is the defendant's second request to extend this time period. On June 15, 2004, defendant sought and was granted a six (6) business day extension.

WHEREFORE, defendant respectfully requests that its Motion on Consent to Extend Time to File its Reply Brief be granted.

>
> THE DEFENDANT,
> COOPERSURGICAL INC.
>
> By: *(signature)*
> Deborah DeHart Cannavino (CT 08144)
> TYLER COOPER & ALCORN, LLP
> One Landmark Square
> Stamford, CT 06901-2501
> Telephone: (203)348-5555
> Fax: (203) 348-3875
> Cannavino@TylerCooper.com

## CERTIFICATION

      I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to all counsel and pro-se parties of record this 28th of June, 2004:

Thomas W. Bucci
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604

_____
Deborah DeHart Cannavino