UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BASIL YOUNG | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:03CV0216(MRK) |
| v. | : | |
| | : | |
| COOPER SURGICAL, INC. | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

_____Defendant's Motion On Consent To Extend Time To File A Reply Brief [doc. # 41], dated June 28, 2004 is hereby GRANTED.  Defendant shall file its Reply Brief on or before **July 2, 2004**.

IT IS SO ORDERED.


/s/ _____Mark R. Kravitz_____
United States District Judge


Dated at New Haven, Connecticut: July 1, 2004.