UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BASIL YOUNG | : |
| | : |
| Plaintiff, | : CIVIL ACTION NO. |
| | : 303CV0216(MRK) |
| v. | : |
| | : |
| COOPER SURGICAL, INC. | : |
| | : |
| Defendant. | : JULY 2, 2004 |

### DEFENDANT'S MOTION FOR PERMISSION
### TO EXCEED PAGE LENGTH

The defendant, CooperSurgical, Inc., hereby requests permission of the Court to exceed the 10-page limitation on its Reply to Plaintiff's Opposition to Motion for Summary Judgment. It seeks permission to exceed this page limitation in order to respond fully to plaintiff's lengthy Opposition brief, including an analysis of Circuit Court and District Court cases considering summary judgment following the U.S. Supreme Court's decision in <u>Reeves v. Sanderson Plumbing Prods., Inc.</u>, 530 U.S. 133 (2000).

CooperSurgical has attempted to streamline its arguments and citation to legal authority but has found it impossible to fully brief the relevant legal issues within 10 pages.

For the above reasons, CooperSurgical respectfully seeks permission of the Court to deviate from the 10-page limitation as provided in the Local Rules for the District Court of Connecticut.

*ORAL ARGUMENT IS NOT REQUESTED*

Dated at New Haven, Connecticut this 2nd day of July, 2004.

                THE DEFENDANT,
                COOPERSURGICAL INC.


                By: _____
                Lori B. Alexander (CT 08970)
                Deborah DeHart Cannavino (CT 08144)
                TYLER COOPER & ALCORN, LLP
                205 Church Street
                New Haven, Connecticut 06510
                Tel. (203) 784-8270
                Fax (203) 789-2133
                Alexander@TylerCooper.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to all counsel and pro-se parties of record this 2nd day of July, 2004:

Thomas W. Bucci
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604

_____
Lori B. Alexander
Federal Bar No.: ct08970