## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BASIL YOUNG | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:03CV0216 (MRK) |
| v. | : | |
| | : | |
| COOPER SURGICAL, INC. | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

_____Defendant's Motion For Permission To Exceed Page Length [doc. # 43], dated July 2, 2004 is hereby GRANTED.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: July 15, 2004.