UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BASIL YOUNG | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 303CV0216(MRK) |
| v. | : | |
| | : | |
| COOPER SURGICAL, INC. | : | |
| | : | |
| Defendant. | : | OCTOBER 4, 2004 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a) and the Local Rules for this Court, Plaintiff Basil Young and Defendant CooperSurgical, Inc., through their respective undersigned counsel, hereby stipulate to the dismissal with prejudice of this action, and without attorneys' fees or costs awarded to either party.

PLAINTIFF
BASIL YOUNG

By: _____

Thomas Bucci (CT 07805)
Willinger, Willinger & Bucci, LLC
855 Main Street
Bridgeport, CT 06604
Telephone: 203-366-3939
Facsimile: 203-337-4588
Email: thomasbucci@earthlink.net

DEFENDANT
COOPERSURGICAL, INC.

By: _____

Deborah DeHart Cannavino (CT08144)
Tyler Cooper & Alcorn, LLP
2 Landmark Square, Suite 214
Stamford, CT 06901-2501
Telephone: 203-348-5555
Facsimile: 203-348-3875
Email: cannavino@tylercooper.com

-2-

## **CERTIFICATION**

This is to certify that a copy of the foregoing Stipulation for Dismissal with Prejudice was served by first class U.S. mail on the 4TH day of October, 2004 on the following:

Thomas W. Bucci
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604

Deborah DeHart Cannavino

-3-